PATRICK F. LAWLOR, Respondent, v. " JOHN " COHEN, " RICHARD " SCHLETTER, First Names " John " and " Richard " Being Fictitious, True First Names Unknown to Plaintiff, Parties Intended Doing Business under the Name and Style of COHEN & SCHLETTER at 78 First Street, Passaic, N. J., and MICHAEL PETROSKA,

† Revd., 259 N. Y. 35.

Appellants.— Order denying motion to strike action from Trial Term calendar affirmed, with ten dollars costs and disbursements, upon authority of *Whitton Automotive Parts Co.* v. *Yale Electric Corp.* (231 App. Div. 836). Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.